# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

RACHAEL MATTHEWS, MD,

    Plaintiff,

vs

ASCENSION PROVIDENCE
HOSPITAL,

    Defendant.

Case No. 2:24-cv-13323
Hon. Matthew F. Leitman

---

## ORDER GRANTING JOINT MOTION EXTEND DATES

This matter is before the Court upon motion of the parties' *Second Joint Motion to Extend Requesting 15-Day Extension of DCO*, ECF No. 20 and the Court being fully advised of the premises and based upon the motion filed by the parties:

**IT IS HEREBY ORDERED** that the discovery cut-off in this matter is extended from January 30, 2026, to February 14, 2026. All other dates previously ordered by the Court to remain the same.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 21, 2026

STIPULATED AS TO FORM AND CONTENT BY:

| | |
|---|---|
| /s/ *Charlotte Croson* <br> Charlotte Croson (P56589) <br> Attorneys for Plaintiffs <br> 455 E. Eisenhower Pkwy, Ste 75 Ann Arbor, MI 48108-3335 (734) 519-0872 <br> ccroson@ctmlawyers.com | /s/*Katherine Kennedy* w/consent <br> Maurice G. Jenkins (P33083) <br> Michelle J. LeBeau (P51440) <br> Amira Genevieve Adel (P85646) <br> Kate Kennedy <br> Attorneys for Defendant <br> 2000 Town Center, Ste. 1650 <br> Southfield, MI 48075 <br> (248) 936-1900 <br> maurice.jenkins@jacksonlewis.com <br> michelle.lebeau@jacksonlewis.com <br> amirageneveveadel@jacksonlewis.com <br> kate.kennedy@jacksonlewis.com |

Dated:  January 21, 2026