**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

RACHAEL MATTHEWS, MD,

       Plaintiff,                    Case No. 2:24-cv-13323
                                      Hon. Matthew F. Leitman

vs

ASCENSION PROVIDENCE HOSPITAL,

       Defendant.

---

## ORDER TO EXTEND DATES

This matter is before the Court upon *Defendant's Emergency Motion to Strike Plaintiff's Untimely Expert Disclosures and Report or in the Alternative to Extend Expert Discovery by 30 Days*, through its counsel, Jackson Lewis P.C., and partial concurrence by Plaintiff through her counsel Croson Taub & Michaels PLLC and Teri J. Gorman PLLC,

Therefore, based upon the motion, concurrence and stipulation filed by the parties and the Court being fully advised of the premises:

**IT IS HEREBY ORDERED** that Rule 26(a)(2) Rebuttal Expert Disclosures shall be due by May 12, 2026, and Expert Discovery Cutoff shall be June 11, 2026.

All other dates previously ordered by the Court to remain the same.

**IT IS SO ORDERED.**

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2026

2

STIPULATED AS TO FORM AND CONTENT BY:

/s/ *Charlotte Croson*
Charlotte Croson (P56589)
Attorneys for Plaintiffs
455 E. Eisenhower Pkwy, Ste 75
Ann Arbor, MI 48108-3335 (734)
519-0872
[ccroson@ctmlawyers.com](mailto:ccroson@ctmlawyers.com)

/s/*Kate Kennedy* w/consent
Maurice G. Jenkins (P33083) Michelle
J. LeBeau (P51440)
Amira Genevieve Adel (P85646)
Kate Kennedy
Attorneys for Defendant
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
maurice.jenkins@jacksonlewis.com
michelle.lebeau@jacksonlewis.com
amiragenevieveadel@jacksonlewis.com
kate.kennedy@jacksonlewis.com

Dated:  April 16, 2026

2