UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHAEL MATTHEWS, MD,

Plaintiff,

Case No. 24-cv-13323
Hon. Matthew F. Leitman

v.

ASCENSION PROVIDENCE HOSPITAL.

Defendant.
__________________________________________________________________/

**ORDER TERMINATING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AS MOOT (ECF No. 25)**

On April 27, 2026 Defendant Ascension Providence Hospital filed a motion for summary judgment in this action. (*See* Mot., ECF No. 25.) Since the filing of that motion, the parties have settled their dispute. Ascension's motion is therefore moot. Accordingly, the Court **TERMINATES** the motion **WITHOUT PREJUDICE** based on the parties' settlement.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126